*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-----------------------------------------------------X

*In Re:*                                                    *ORDER OF DISMISSAL*
                                                                    **FOR**
**Lucille S. Willard**                          *FAILURE TO PROSECUTE*
                                                        *BANKRUPTCY APPEAL*


-----------------------------------------------------X          26-CV-00978 KMK

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     TAMMI M. HELLWIG, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Lucille S. Willard                      BANKRUPTCY CASE: **24-B-36201 (KYP)**
DATE OF FILING NOTICE OF APPEAL: 12/01/2025
BANKRUPTCY DOCUMENT #: 39

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

    X_ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    ___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
        York.

Dated:  **February 4, 2026**                          Vito Genna, Clerk
        New York, New York                        U.S. Bankruptcy Court, SDNY

                                                        By:        Gwen Kinchen
                                                                   Deputy Clerk

                                        **ORDER**

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated February 19,      2026                _____
        New York, New York                  Judge, United States District Court



I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____          Tammi M. Hellwig, Clerk
                                                     District Court, SDNY

                                                By: _____
                                                        Deputy Clerk