UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LUCILLE S. WILLARD,

                    Debtor-Appellant

No. 26-CV-978 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On December 1, 2025, Petitioner Lucille S. Willard ("Petitioner") filed a Notice of

Appeal from the U.S. Bankruptcy Court's judgment in Bankruptcy Case 24-B-36201.  (*See*

Notice of Appeal (Dkt. No. 1).)  On February 4, 2026, the Action was forwarded to this Court

(*See* Dkt.).  On February 19, 2026, the Court dismissed this Action because Petitioner had failed

to comply with Federal Rule of Bankruptcy 8009 by filing a designation of items to be included

in the record.  (*See* Order of Dismissal (Dkt. No. 3).)  On April 14, 2026, Petitioner, who is

proceeding pro se, filed a Motion requesting the Court vacate its Order of Dismissal and reinstate

her appeal because she had not received "notice of any deficiency[,]" "notice of any deadline

enforcement[,]" "notice of any impending dismissal[,]" or "any order to show cause."  (Mot. to

Vacate Order of Dismissal and Reinstate Bankruptcy App. ("Mot.") 1 (Dkt. No. 4).)

Although "[a] petitioner has a general obligation to prosecute [her] case diligently[,]"

*Bettis v. All Known & Unknown Agents & Emplys. of the Fed. Bureau of Prisons*, No. 24-CV-

2854, 2024 WL 5381461, at *1 (S.D.N.Y. Sept. 27, 2024) (citing *Lyell Theatre Corp. v. Loews

Corp.*, 682 F.2d 37, 43 (2d Cir. 1982)), and a petitioner's "lack of diligence alone is enough for

dismissal[,]" *id.* (quotation marks omitted) (quoting *West v. City of New York*, 130 F.R.D. 522,

526 (S.D.N.Y. 1990)), in light of the "special leniency" courts are required to give pro se

petitioners "regarding procedural matters[,]" *LeSane v. Hall's Sec. Analyst Inc.*, 239 F.3d 206, 209 (2d Cir. 2001), the Court grants Petitioner's request to re-open this case. However, Petitioner should be mindful that "a debtor 'has the responsibility to inform herself of her duties[]'" in a bankruptcy appeal, *Miles v. Chase Bank*, No. 20-CV-4748, 2022 WL 842073, at *5 (E.D.N.Y. Jan. 24, 2022) (quoting *In re Ward*, 423 B.R. 22, 34 (Bankr. E.D.N.Y. 2010)), and the Court is under no obligation to inform her of her duties in prosecuting this case. Going forward, she must familiarize herself with the bankruptcy process or risk dismissal of her case.

Petitioner shall file her designation of record and fulfill any other requirements of Federal Bankruptcy Rule of Procedure 8009 by no later than May 22, 2026. The Clerk of Court is respectfully directed to re-open this case, mail a copy of this Order to Petitioner, and close the pending Motion at Dkt. No. 4.

SO ORDERED.

DATED:    April 22, 2026
          White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

2